UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALBERT HARRIOTT,

                  Plaintiff,

       -against-

M. KOPP, ET AL.,

                  Defendants.

25-CV-1697 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated February 26, 2025, District Judge Elizabeth C. Coombe of the United States District Court for the Northern District of New York severed Plaintiff's claims arising at Sing Sing Correctional Facility and transferred them to this court, whereupon this action was opened. Thereafter, on February 27, 2025, the Court directed Plaintiff, within thirty days, to submit an amended request to proceed *in forma pauperis* ("IFP") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended IFP application or prepaid the filing fees. Accordingly, this action is dismissed without prejudice.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment shall enter.

SO ORDERED.

Dated:   April 1, 2025
          New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                Chief United States District Judge