UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT HARRIOTT,<br><br>                    Plaintiff,<br><br>          -against-<br><br>M. KOPP, ET AL.,<br><br>                    Defendants. | 25 CIVIL 1697 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the April 1, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 4, 2025
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge